**98–2464.  Glenwood Homes, Ltd. v. State Auto Mut. Ins. Co.**
Cuyahoga App. No. 72856.  This cause is pending before the court as a discretionary appeal and cross-appeal.  Upon consideration of appellants/cross-appellees' motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

LUNDBERG STRATTON, J., dissents.

*Thursday, December 10, 1998*

# DISCIPLINARY DOCKET

**98–401.  Toledo Bar Assn. v. Lockhart.**
On December 7, 1998, respondent filed an affidavit of compliance.  The certificate of service for the affidavit of compliance does not show service upon relator, Toledo Bar Association, as required by S.Ct.Prac.R. XIV(2)(A).  Accordingly,

IT IS ORDERED by the court, *sua sponte*, that respondent's affidavit of compliance be, and hereby is, stricken.

# MISCELLANEOUS DISMISSALS

**97–2571.  Am. Mun. Power-Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–838–EL–AEC.  This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–2302.  Monongahela Power Co. v. Ohio Power Siting Bd.**
Power Siting Board, No. 97–1297–EL–BTX.  This cause is pending before the court as an appeal from the Ohio Power Siting Board.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Friday, December 11, 1998*

# MOTION DOCKET

**98–206.  Sasaki v. McKinnon.**
Cuyahoga App. No. 71941.  This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.  Upon consideration of appellants' motion to remand appeal to the trial court,

IT IS ORDERED by the court that the motion to remand appeal to the trial court be, and hereby is, denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

*Monday, December 14, 1998*

# DISCIPLINARY DOCKET

**98–1758.  Disciplinary Counsel v. Fish.**
Upon consideration of respondent's motion to withdraw objections,

IT IS ORDERED by the court that the motion to withdraw objections be, and hereby is, granted.

IT IS FURTHER ORDERED by the court, *sua sponte*, that oral argument currently scheduled for December 16, 1998, be canceled.